IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:24-CR-337 (AMN) |
| | ) | | |
| v. | ) | **Information** | |
| | ) | | |
| **DEVON NEWSOME, a.k.a. "Nepp,"** | ) | Violation: | 18 U.S.C. § 922(a)(5) |
| | ) | | [Transfer of Firearms to an |
| | ) | | Out-of-State Resident] |
| | ) | | |
| | ) | | |
| | ) | 1 Count | |
| | ) | | |
| **Defendant.** | ) | County of Offense: | Albany |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Transfer of Firearms to an Out-of-State Resident]**

On or about May 21, 2023, in Albany County in the Northern District of New York, and elsewhere, the defendant, **DEVON NEWSOME**, not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, willfully transferred, sold, gave, transported, and delivered one or more firearms, that is, a Glock G2C 9mm caliber pistol bearing serial number ADE400172, a Smith & Wesson SD9VE 9mm caliber pistol with serial number FCV2475, a Taurus PT24/7 Pro DS .40 caliber pistol bearing serial number SCO24407, and a Glock Inc. Model 22, .40 caliber pistol bearing serial number CWG293US, to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and having reasonable cause to believe that such person did not reside in the state in which the defendant resided, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

Dated:   September 3, 2024            CARLA B. FREEDMAN
                                      United States Attorney

                                      _____
                                      Alexander P. Wentworth-Ping
                                      Assistant United States Attorney
                                      Bar Roll No. 701897